HF (363) 1-245825

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ORIENTAL BANK AND TRUST AS SERVING AND COLLECTION AGENT OF GOVERNMENT NATIONAL MORTGAGE ASSOCIATION<br><br>PLAINTIFF<br><br>VS.<br><br>ROSA MARIA HERNANDEZ ROSARIO<br>FLORA ROSARIO RIVERA<br><br>DEFENDANT | CIVIL NUM:96-1867 (CC)<br><br>FOR<br><br>ACTION FOR:COLLECTION OF MONIES AND ORDINARY FORECLOSURE OF MORTGAGE NOTE |

RECEIVED & FILED
1999 OCT 12 AM 11:16
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## ORDER OF EVICTION

*WHEREAS:* As upon the foreclosure of the Mortgage executed in favor of United States of America ( Rural Development) the Special Master appointed here in at a public sale held on November 25, 1999, sold to Doral Financial Corporation, Formerly, First Financial Caribbean Corporation D/B/A H.F. Mortgage Bankers, the premises described as follows:

> ---URBANA: Solar #15-UA radicado en la Urb. Residencial Parque Ecuestre (Valle Carolina), localizada en el Bo. Canovanillas de Carolina, Puerto Rico, con un área de 356.02 metros cuadrados. En lindes por el NORTE, con el solar #12 distancia de 14.94 metros; por el SUR con área de estacionamiento, en una distancia de 15.00 metros; por el ESTE, con el solar #14 distancia de 24.67; por el OESTE con Carolina Housing and Development Corporation, distancia de 14.97 metros y un área de estacionamiento en una distancia de 8.03 metros.
> ---Contiene una casa de concreto diseñada para una familia.
> ---Inscrito al folio 135 del tomo 983 de Carolina II, finca 41,239, inscripción 3ra.

*WHEREAS:* Said sale was confirmed by order of this court.

*WHEREAS:* Having complied with all the requirements of the law the Purchaser, Doral Financial Corporation, Formerly, First Financial Caribbean



*Corporation D/B/A H.F. Mortgage Bankers, is entitled to have possession of said property.*

*WHEREFORE: It is ordered by this Court that the U.S. Marshal or proceed to evict the occupant (s) of said property sold and that the U. S. Marshal is authorized if necessary to use whatever reasonable means are needed to gain entry to the property including removing locks, doors and windows, in order to gain access to said property.*

*In San Juan, Puerto Rico, this 8th of October 1999.*

UNITED STATES DISTRICT JUDGE